CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 12 2012

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| CONSTANCE GAY RHODES, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO.: 7:12-cv-00598 |
| NEW ENGLAND COMPOUNDING PHARMACY, INC. D/B/A NEW ENGLAND COMPOUNDING CENTER, | ) |
| and | ) |
| CARILION SURGERY CENTER NEW RIVER VALLEY, LLC D/B/A NEW RIVER VALLEY SURGERY CENTER, LLC, | ) |
| Defendants. | ) |

## ORDER

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and the reasons stated in Defendants, New England Compounding Pharmacy, Inc., D/B/A New England Compounding Center's Emergency Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint, the motion is hereby GRANTED.

Defendant New England Compounding Pharmacy, Inc., D/B/A New England Compounding Center hereby must answer or otherwise move with respect to Plaintiff's Complaint by January 15, 2013.

_/s/ Glen Conrad_
The Honorable Glen E. Conrad