UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CONSTANCE GAY RHODES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NEW ENGLAND COMPOUNDING )<br>PHARMACY, INC. d/b/a NEW ENGLAND )<br>COMPOUNDING CENTER, )<br>)<br>and )<br>)<br>CARILION SURGERY CENTER NEW )<br>RIVER VALLEY, LLC, D/B/A NEW )<br>RIVER VALLEY SURGERY CENTER, )<br>LLC, )<br>)<br>Defendants. ) | CIVIL ACTION NO: 7:12-cv-00598 |

## NOTICE OF STAY BY REASON OF BANKRUPTCY

The defendant, New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center ("NECC"), hereby notifies the Court that NECC filed a voluntary petition under Chapter 11 of Title 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Massachusetts (Eastern Division) No. 12-19882-HJB.  Pursuant to 11 U.S.C. § 362(a) all actions against NECC are stayed.

        Respectfully submitted,
        Defendant New England Compounding Pharmacy, Inc.
        By its Attorneys,

        /s/
        Rebecca S. Herbig
        Bowman and Brooke LLP
        1111 East Main Street, Suite 2100
        Richmond, VA 23219
        Telephone: 804.649.8200
        Facsimile: 804.649.1762
        E-mail: rebecca.herbig@bowmanandbrooke.com

Date: December 26, 2012

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of foregoing Notice of Stay by Reason of Bankruptcy was filed via CM/ECF on this 26th day of December, 2012, which will send a Notice of Electronic Filing (NEF) to the following:

>Russell W. Updike, Esquire
>Nolan R. Nicely, Jr., Esquire
>Jennifer K.M. Crawford, Esquire
>Wilson, Updike & Nicely
>228 North Maple Avenue
>P.O. Drawer 590
>Covington, Virginia 24426
>Telephone:   (540) 962-4986
>Facsimile:   (540) 962-8423
>*Counsel for Plaintiff*

/s/
Rebecca S. Herbig (VSB No. 65548)
BOWMAN AND BROOKE LLP
1111 East Main Street, Suite 2100
Richmond, VA  23219
Telephone:   804.649.8200
Facsimile:   804.649.1762
rebecca.herbig@bowmanandbrooke.com
*Counsel for New England Compounding Pharmacy, Inc., d/b/a New England Compounding Center*