IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| CONSTANCE GAY RHODES,<br><br>     Plaintiff,<br><br>vs.<br><br>NEW ENGLAND COMPOUNDING PHARMACY, INC., et al.<br><br>     Defendants. | Civil Action No: 7:12CV00598<br><br>NOTICE OF APPEARANCE |

## NOTICE OF APPEARANCE

PLEASE take notice that, on this third day of January, 2013, Jeffrey A. Travers of the Miller Firm, LLC , hereby enters his appearance as counsel of record for Plaintiff in the above captioned matter.

    Respectfully submitted,

    Counsel for Plaintiff
    /s/ Jeffrey A. Travers
    JEFFREY A. TRAVERS, ESQUIRE
    Bar Number: 77409
    Michael J. Miller, Esquire
    The Miller Firm LLC
    108 Railroad Avenue
    Orange, VA 22960
    Phone (540) 672-4224
    Fax (540) 672-3055

    Willard J. Moody, Jr., Esquire
    500 Crawford Street, Suite 200
    Portsmouth, VA 23705
    (757) 393-6020
    (757) 399-3019 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and that electronic notice and service will be completed through the ECF system to all counsel of record.

/s/ Jeffrey Travers, Esq.

Jeffrey Travers, Esq. VSB # 77409