IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | |
|---|---|
| CONSTANCE GAY RHODES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| NEW ENGLAND COMPOUNDING | ) CIVIL ACTION NO.: 7:12-cv-00598 |
| PHARMACY, INC. D/B/A NEW ENGLAND | ) |
| COMPOUNDING CENTER, | ) |
| | ) |
| and | ) |
| | ) |
| CARILION SURGERY CENTER NEW | ) |
| RIVER VALLEY, LLC D/B/A NEW RIVER | ) |
| VALLEY SURGERY CENTER, LLC, | ) |
| | ) |
| Defendants. | ) |

**NOTICE IN RESPONSE TO PLAINTIFF'S MOTION TO REMAND**

On December 26, 2012, Defendant New England Compounding Pharmacy, Inc. d/b/a New England Compounding Center ("NECC") filed a Notice of Stay pursuant to 11 U.S.C. 362(a). Accordingly, the instant action against NECC is stayed and adjudication of Plaintiff's Motion to Remand may violate the statutorily-imposed stay.

Respectfully submitted,

NEW ENGLAND COMPOUNDING
PHARMACY, INC., D/B/A NEW ENGLAND
COMPOUNDING CENTER
By Counsel

_____/s/_____
Rebecca S. Herbig (VSB No. 65548)
BOWMAN AND BROOKE LLP
1111 East Main Street, Suite 2100
Richmond, VA  23219
Telephone:    804.649.8200
Facsimile:    804.649.1762
rebecca.herbig@bowmanandbrooke.com
*Counsel for New England Compounding Pharmacy,*
*Inc., d/b/a New England Compounding Center*

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of foregoing Notice was filed electronically via CM/ECF this 17th day of January, 2013, which will send a Notification of Electronic Filing (NEF) to the following counsel of record:

Willard James Moody, Jr., Esq.
The Moody Law Firm, Inc.
500 Crawford Street, Suite 300
Portsmouth, VA 23704
Telephone: (757) 393-6020
Fax: (757) 399-3019
will@moodyrrlaw.com


Jeffrey A. Travers, Esquire
Michael J. Miller, Esquire
The Miller Firm LLC
108 Railroad Avenue
Orange, VA 22960
Phone (540) 672-4224
Fax (540) 672-3055
jtravers@millerfirmllc.com
*Counsel for Plaintiff*

_____/s/_____
Rebecca S. Herbig (VSB No. 65548)
BOWMAN AND BROOKE LLP
1111 East Main Street, Suite 2100
Richmond, VA  23219
Telephone: 804.649.8200
Facsimile: 804.649.1762
rebecca.herbig@bowmanandbrooke.com
*Counsel for New England Compounding Pharmacy, Inc., d/b/a New England Compounding Center*